**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01037-REB-CBS

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

AMADEUS BUILDERS, LLC, and
DEBORAH SHPALL,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal** [#26], filed November 15, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal** [#26], filed November 15, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for August 8, 2007, is **VACATED**;

3. That the trial to court set to commence August 11, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 15, 2007, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**